UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al.,<br><br>       Petitioners,<br><br>   -against-<br><br>BULL DING, LLC,<br><br>       Respondent. | 24-CV-1889 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

On March 13, 2024, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **March 29, 2024**. Respondent's opposition, if any, is due by **April 12, 2024**. Petitioners' reply, if any, is due by **April 19, 2024**. Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **March 29, 2024**, and shall file an affidavit of such service with the court no later than **April 1, 2024**.

Dated: March 14, 2024
   New York, New York

                      SO ORDERED.

                      *Jessica Clarke*
                      _____
                      JESSICA G. L. CLARKE
                      United States District Judge